IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENI LEONARD,<br><br>      Plaintiff,<br><br>  v.<br><br>SECURITIES AND EXCHANGE COMMISSION, et al.,<br><br>      Defendants.<br>_____/ | No. 10-1435 CW<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

    A case management conference was held in the above-entitled case.  No appearance was made by or on behalf of Plaintiff Deni Leonard.

    Accordingly, this action is dismissed without prejudice for failure to prosecute.  The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: July 14, 2010

CLAUDIA WILKEN
United States District Judge